# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYSON KRATZ,** an individual, | **Case No.:** 2:16-CV-09370-RGK (SKx) |
| Plaintiff, | **ORDER DISMISSING DEFENDANT, TRANS UNION, LLC.** |
| v. | |
| **TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,** | |
| Defendants. | |

# ORDER

Having considered Plaintiff's Joint Motion Requesting Dismissal as to Defendant, TRANS UNION, LLC., and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above captioned action is dismissed with prejudice as to TRANS UNION, LLC., with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 8, 2017

*/s/ Gary Klausner*
_____
Hon. Judge R. Gary Klausner

Case 2:16-cv-09370-RGK-SK   Document 24   Filed 03/08/17   Page 3 of 3   Page ID #:91