# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYSON KRATZ,** an individual, | **Case No.:** 2:16-CV-09370-RGK (SKx) |
| Plaintiff, | |
| | **ORDER DISMISSING DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC., | |
| Defendants. | |

# ORDER

Having considered Plaintiff's Joint Motion Requesting Dismissal as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above captioned action is dismissed with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC. with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 8, 2017

*Gary Klausner*

———————————————————
Hon. Judge R. Gary Klausner