JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYSON KRATZ,** an individual, | **Case No.:** 2:16-CV-09370-RGK (SKx) |
| Plaintiff, | |
| | **[PROPOSED] ORDER DISMISSING ENTIRE CASE** |
| v. | |
| **TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,** | |
| Defendants. | |

## ORDER

Having considered the Parties' stipulation requesting dismissal as to the entire case, and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice in its entirety with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 30, 2017

*Gary Klausner*
_____
Hon. Judge R. Gary Klausner